**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Fredrick Lewis    DOC# 127206
Allen Correctional Ctr Sat B2
3751 Lauderdale Woodyard Road
Kinder, La 70648

**REHEARING ACTION: May 16, 2012**

**Docket Number: 11   01140-KH**

**STATE OF LOUISIANA**
**VERSUS**
**FREDRICK LEWIS**

**Writ Application from Calcasieu Parish Case No. 8721-04, 7864-04**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Fredrick Lewis** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent